**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Amanda Bonner

Appellate case number:     01-14-00428-CV

Trial court case number:    2013-01375J

Trial court:               314th District Court of Harris County

On May 29, 2014, relator, Amanda Bonner, filed a petition for writ of mandamus, requesting that we stay the proceedings in the above-referenced trial court cause. Accordingly, we ORDER that all proceedings in the above-referenced underlying case are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Further, the Court requests that the real parties in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due no later than Thursday, June 5, 2014.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                    ☑ Acting individually    ☐ Acting for the Court

Date: May 30, 2014